# Court of Appeals
# of the State of Georgia

ATLANTA,  March 30, 2017

*The Court of Appeals hereby passes the following order:*

## A17D0331. HELEN C. GOLDMAN v. WELLS FARGO BANK, N. A.

Wells Fargo Bank, N. A., a successful bidder at a foreclosure sale, sent Helen C. Goldman and all others a demand for possession of the property. When Goldman failed to relinquish the property, Wells Fargo filed a dispossessory action in magistrate court. The magistrate court transferred the matter to superior court, which granted Wells Fargo's motion for summary judgment. Goldman then filed this application for discretionary appeal.

The grant of summary judgment may be directly appealed. See OCGA § 9-11-56 (h). Under OCGA § 5-6-35 (a) (1), an application for discretionary appeal is required where litigation begins in magistrate court and reaches the superior court by means of a de novo appeal. See OCGA § 5-6-35 (a) (1). But this provision applies, by its terms, only where the superior court exercises de novo review of the magistrate court's decision. Here, the trial court's order indicates that case was transferred from magistrate court. Thus, OCGA § 5-6-35 (a) (1) does not apply.

We will grant an otherwise timely application for discretionary appeal if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED, and Goldman shall have ten days from the date of this order to file a notice of appeal with the trial court. If she has already filed a notice of appeal in the trial court, she need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,   03/30/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ Stephen E. Castlen _____ *, Clerk.*